ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
AUDREY PAK (CABN 299991)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-6748
    Audrey.Pak@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BLOCKQUOTE INC., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC LANGHAM NEW YORK MANAGEMENT CORP. and PACIFIC WASHINGTON DC MANAGER CORP., <br><br> Defendants. | CASE NO. 24-CV-02693-LB <br><br> **NOTICE OF ELECTION TO DECLINE INTERVENTION;** [~~PROPOSED~~] **ORDER TO UNSEAL** <br><br> **FILED UNDER SEAL** |

      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

      Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written

consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994). Therefore, the United States requests that, should either Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, 31 U.S.C. § 3730(c)(3) permits the United States to be served with copies of all pleadings filed in the action. Accordingly, undersigned counsel for the United States will file a Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of Relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

Finally, the United States requests that Relator's Complaint, the Summons, any case management order, this Notice of Election to Decline Intervention, and the attached proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: September 19, 2024                          Respectfully submitted,

                                                        ISMAIL J. RAMSEY
                                                        United States Attorney

1
2                                             */s/ Audrey Pak*
                                              AUDREY PAK
3                                             Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL
24-CV-02693-LB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BLOCKQUOTE INC., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC LANGHAM NEW YORK MANAGEMENT CORP. and PACIFIC WASHINGTON DC MANAGER CORP., <br><br> Defendants. | CASE NO. 24-CV-02693-LB |

## [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. The Complaint and its exhibits, the Summons, the Order Setting Initial Case Management Conference and ADR Deadlines, Relator's Consent to Magistrate Judge Jurisdiction, if any, the Notice of Election to Decline Intervention, and this Order, are hereby unsealed.

2. Unless voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41, the Relator shall serve the Complaint upon Defendants within 90 days of the date of this Order. The Relator shall serve this order and the Notice of Election to Decline Intervention only after service of the Complaint.

3. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

4. The seal be lifted as to all other matters occurring in this action after the date of this Order.

5.  Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.  The United States may also seek the dismissal of Relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A) or request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

6.  Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

This _20th_ day of __September___, 2024.

_____
HON. LAUREL BEELER
United States Magistrate Judge